# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:     10-cv-3647

IN RE: JPMorgan Chase Bank Home Equity Line Of Credit Litigation
MDL No. 2167

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A., Defendants

| | |
|---|---|
| NAME (Type or print)  Michael G. Salemi | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Michael G. Salemi | |
| FIRM  BURKE, WARREN, MacKAY & SERRITELLA, P.C. | |
| STREET ADDRESS  330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP  Chicago, Illinois 60611-3607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6279741 | TELEPHONE NUMBER  (312) 840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United State Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2010.

/s/ Michael G. Salemi
Michael G. Salemi (6279741)
BURKE, WARREN, MacKAY &
  SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
(312) 840-7000
(312) 840-7900 (Fax)
msalemi@burkelaw.com

# Mailing Information for a Case 1:10-cv-03647

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Brian D. Brooks**
  bbrooks@murrayfrank.com

- **Ilan Chorowsky**
  ilan@progressivelaw.com,courts@progressivelaw.com

- **Victoria R. Collado**
  vcollado@burkelaw.com,wdaitsman@burkelaw.com,ECFNotices@burkelaw.com

- **Christopher Collins**
  chrisc@rgrdlaw.com,jwolsborn@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jay Edelson**
  jedelson@kamberedelson.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com

- **Frank James Janecek , Jr**
  frankj@rgrdlaw.com

- **Jason S. Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Evan M Meyers**
  emeyers@kamberedelson.com,emeyers9@yahoo.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.cc

- **LeAnn Pedersen Pope**
  lpope@burkelaw.com,rmallder@burkelaw.com,jpowell@burkelaw.com

- **Michael G. Salemi**
  msalemi@burkelaw.com

- **Irina Slavina**
  islavina@edelson.com

- **Danielle J. Szukala**

dszukala@burkelaw.com,sbecchino@burkelaw.com,jpowell@burkelaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Suzanne Havens Beckman
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

Arthur G Boylan
Leonard Street and Deinard, PA
150 S 5th St Ste 2300
Mpls, MN 55402

Karin E. Fisch
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

David A Goodwin
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402

Michael T Hornak
Rutan and Tucker
611 Anton Blvd  14th Fl
Costa Mesa, CA 92626-1931

Robert B Kleinman
Sutton Kleinman PLLC
710 West 14th Street
Suite A
Austin, TX 78701

Avi Melech Kreitenberg
KamberLaw LLP
1180 South Beverly Drive  Suite 601
Los Angeles, CA 90035

Drew Legando
Landskroner - Grieco - Madden, LLC
1360 West 9th Street
Suite 200
Cleveland, OH 44113

Wm Lance Lewis
Quilling Selander Cummiskey & Lownds PC
2001 Bryan St
Suite 1800
Dallas, TX 75201

Gregory Linkh
Murray Frank & Sailer LLP
275 Madison Ave Ste 801
New York, NY 10016

Azita Moradmand
```

Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403

**Lisa N Neal**
Rutan & Tucker
611 Anton Blvd, 14th Fl
Costa Mesa, CA 92626-1931

**Todd A Noteboom**
Leonard Street and Deinard, PA
150 S 5th St Ste 2300
Mpls, MN 55402

**David C Parisi**
Parisi & Havens,LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91404

**Grey Pierson**
Pierson Behr
301 W Abram St
Arlington, TX 76010

**Sean Patrick Reis**
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688

**Jacqueline Sailer**
Murray, Frank & Sailer LLP
275 Madison Avenue
#801
New York, NY 10016

**John M Sorich**
Adorno Yoss Alvarado and Smith APC
1 MacArthur Place Suite 200
Santa Ana, CA 92707

**George Geoffrey Weickhardt**
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105

**S Christopher Yoo**
Adorno Yoss Alvarado and Smith
1 MacArthur Place    Suite 200
Santa Ana, CA 92707