# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3647 | **DATE** | 7/16/2010 |
| **CASE TITLE** | In Re: JP Morgan Chase Bank Equity Line of Credit Litigation | | |

**DOCKET ENTRY TEXT**

Ruling held. Motion to appoint interim co-lead class counsel [3] granted. The Court appoints Jay Edelson of Edelson McGuire, LLC, Karin Fisch of Abbey Spanier Rodd & Abrams, LLP, and Jacqueline Sailer of Murray, Frank & Sailer LLP as interim co-lead class counsel in the above-captioned centralized proceeding. Plaintiff Yakas's motion for appointment of co-lead interim class counsel and liaison counsel [6] is denied. Parties are directed to submit a planning report to the court in advance of the Rule 16 conference now set for July 30, 2010.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|