**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | ) ) ) Master Docket Case No. 10 C 3647 ) ) ALL CASES ) ) Hon. Judge Rebecca R. Pallmeyer ) ) |

**NOTICE OF MOTION**

To: All Counsel of Record

     PLEASE TAKE NOTICE that on Friday, October 22, 2010, at 10:00 a.m., counsel for Defendant JPMorgan Chase Bank, N.A. shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present <u>JPMorgan Chase Bank, N.A.'s Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages in Support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint *Instanter*</u>, a copy of which was previously served upon you.

Date: October 19, 2010

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.

By:    /s/Michael G. Salemi
           One of its attorneys

LeAnn Pedersen Pope (6186058)
Victoria R. Collado (6204015)
Michael G. Salemi (6279741)
Tiffany L. Sorge Smith (6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 19, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

By: /s/ Michael G. Salemi