**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: JP Morgan Chase Bank Home | ) | Master Docket Case No. 10-cv-3647 |
| Equity Line of Credit Litigation | ) | |
| | ) | ALL CASES |
| | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN PAGES IN OPPOSITION TO DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS**

Plaintiffs William Cavanagh, Robert and Maria Frank, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, and Robert Wilder, through their counsel, pursuant to Local Rule 7.1, respectfully move this Honorable Court for leave to file *instanter* a brief in excess of fifteen pages in opposition to Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Motion to Dismiss"). In support of this Motion, Plaintiffs state as follows:

1. On October 19, 2010, Defendant filed its Motion to Dismiss, seeking dismissal of Plaintiffs' Consolidated Amended Class Action Complaint ("Complaint"). (Dkt. 49.) On October 19, 2010, Defendant also filed an unopposed motion for leave to file a supporting memorandum in excess of fifteen pages. (Dkt. 52.)

2. On October 22, 2010, this Court granted Defendant's motion for leave, permitting Defendant to file a 36-page memorandum in support of its Motion to Dismiss. (Dkt. 54.)

3. On December 1, 2010, contemporaneously with this Motion, Plaintiffs filed their Memorandum in Opposition to Defendant's Motion to Dismiss ("Memorandum"). The Memorandum is 47 pages in length.

4. Local Rule 7.1 provides that briefs in support of or in opposition to motions be limited to 15 pages. To properly respond to Defendant's 36-page Motion to Dismiss, which seeks dismissal of all ten counts of the 220-paragraph Complaint, including making the necessary legal arguments relating to complex federal regulatory and state common law claims for eight plaintiffs, it is necessary to submit a Memorandum in excess of 15 pages.

5. Plaintiffs request leave to file their Memorandum in good faith and not for any wrongful purposes.

6. Plaintiffs' counsel conferred with Defendant's counsel, and Defendant's counsel stated that they have no objection to this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting them leave to file *instanter* their Memorandum in Opposition to Defendant's Motion to Dismiss in excess of 15 pages.

Dated: December 1, 2010          Respectfully submitted,

EDELSON MCGUIRE, LLC

/s/ Evan M. Meyers
Jay Edelson
Evan M. Meyers
Steven Lezell
Irina Slavina
EDELSON MCGUIRE, LLC
350 N. LaSalle Drive, Suite 1300
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@edelson.com
emeyers@edelson.com
slezell@edelson.com
islavina@edelson.com

Karin E. Fisch
Grace E. Parasmo
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191
kfisch@abbeyspanier.com
gparasmo@abbeyspanier.com

Jacqueline Sailer
Lee Albert
Gregory B. Linkh
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
jsailer@murrayfrank.com
lalbert@murrayfrank.com
glinkh@murrayfrank.com

*Interim Co-Lead Counsel for Plaintiffs*


David C Parisi
Azita Moradmand
Suzanne Havens Beckman
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Tel: (818) 990-1299
Fax: (818) 501-7852
dcparisi@parisihavens.com
amoradmand@parisihavens.com
shavens@parisihavens.com

Ilan Chorowsky
PROGRESSIVE LAW GROUP LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654
Tel: (312) 787-2717
Fax: (888) 574-9038
ilan@progressivelaw.com

Robert B Kleinman
SUTTON KLEINMAN PLLC
710 West 14th Street, Suite A
Austin, TX 78701
Tel: (512) 276-5040
rkleinman@suttonkleinman.com

James Patterson
Harry W. Harrison
HARRISON PATTERSON & O'CONNOR LLP
402 W. Broadway, 29th Floor
San Diego, CA 92101
Tel: (619)756-6990
jpatterson@hpolaw.com
hharrison@hpolaw.com

*Additional Counsel For Plaintiffs*

4