Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3647 | **DATE** | 6/30/2011 |
| **CASE TITLE** | In Re: JP Morgan Chase Bank House Equity Line of Credit Litigation | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendant's motion to dismiss [49] is granted in part and denied in part. The court dismisses Plaintiffs' breach of contract claim to the extent it relies on Defendant's charging an annual fee after HELOC suspension. Plaintiffs' fraud claims, brought under the California, Illinois, and Minnesota consumer protections laws, are also dismissed, as is Plaintiffs' claim for unjust enrichment based on the collection of annual fees. The motion is otherwise denied. Status hearing set for 9/15/2011 to stand. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|