# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | Master Docket Case No. 10 C 3647 <br> ALL CASES <br> Hon. Judge Rebecca R. Pallmeyer |

## UNOPPOSED MOTION TO CONTINUE BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned attorneys, and Plaintiffs William Cavanagh, Robert M. Frank, Maria I. Frank, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, and Robert Wilder, by and through their undersigned attorneys (collectively the "Parties"), being in agreement, respectfully move this Court to continue the filing date for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement from November 14, 2012 to November 20, 2012. In support of this motion, the Parties state as follows:

1. The Parties have agreed to enter into a Class Action Settlement Agreement, subject to preliminary and final approval by the Court.

2. On August 8, 2012, this Court entered a briefing schedule for Plaintiffs' Motion for Preliminary Approval that requires Plaintiffs to file their Motion by October 16, 2012. (Dkt. No. 111.) The Order also scheduled the hearing on Plaintiffs' Motion for Preliminary Approval for November 7, 2012. (*Id.*)

3. On October 29, 2012, the court granted the Parties Agreed Motion to Continue Briefing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement, allowing Plaintiffs' until November 14, 2012 to file their Motion, striking the preliminary

approval hearing set for November 7, 2012, and resetting the preliminary approval hearing to December 10, 2012. (Dkt. No. 116.)

4. The Parties have finalized the Settlement Agreement and exhibits, and are in the process of executing the Settlement Agreement.

5. Accordingly, the Parties request that the Court continue the due date for the Motion for Preliminary Approval until November 20, 2012. The Parties also request that the Court maintain the December 10, 2012 hearing date for Plaintiffs' Motion for Preliminary Approval.

6. This Unopposed Motion is not made with the intent to delay these proceedings, and will not prejudice any Party.

WHEREFORE, the Parties respectfully request that the Court enter an order continuing the due date for Plaintiffs' Motion for Preliminary Approval until November 20, 2012.

Date:   November 15, 2012

| | |
|---|---|
| Respectfully submitted,<br>William Cavanagh, Robert M. Frank, Maria I. Frank, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, and Robert Wilder, individually and on behalf of a class of similarly situated individuals | Respectfully submitted,<br>JPMORGAN CHASE BANK, N.A. |

Respectfully submitted,
William Cavanagh, Robert M. Frank,
Maria I. Frank, Shannon Hackett, Michael
Malcolm, Daryl Mayes, Michael Walsh,
and Robert Wilder, individually and on
behalf of a class of similarly situated
individuals

By: ___/s/ Steven L. Woodrow___

One of Plaintiffs' attorneys

Jay Edelson
Steven Lezell Woodrow
Evan M. Meyers
Irina Slavina
EDELSON MCGUIRE, LLC
350 N. LaSalle Drive, Suite 1300
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@edelson.com
emeyers@edelson.com

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.

By: ___/s/ Tiffany L. Sorge Smith___

One of Defendant's attorneys

LeAnn Pedersen Pope (6186058)
Victoria R. Collado (6204015)
Tiffany L. Sorge Smith (6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900
lpope@burkelaw.com
vcollado@burkelaw.com
tsorgesmith@burkelaw.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on November 15, 2012, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

                                                    By: /s/ Tiffany L. Sorge Smith