JP Morgan Chase Bank Home Equity Line of
Credit Litigation, et al.

                              Plaintiff,

v.                                   Case No.: 1:10−cv−03647
                                          Honorable Rebecca R.
                                          Pallmeyer

JPMorgan Chase Bank N.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2012:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held on 12/10/2012. Plaintiffs' motion for preliminary approval of a class action settlement [122] granted. Fairness Hearing set for 3/8/2013 at 10:30 AM. Draft order to be submitted. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.