# Exhibit C

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | MDL No. 2167<br><br>**Master Docket Case No. 10-cv-3647**<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES** |

I, **JONATHAN D. CARAMEROS,** declare:

1. I am a Senior Managing Consultant at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. KCC was retained by the parties to serve as the Claims Administrator to, among other tasks, mail the Notice of Class Action and Proposed Settlement (the "Short Form Notice") and Class Action Settlement Claim Form (the "Claim Form"); to receive and process Claim Forms, respond to Class Member inquiries; to establish and maintain a settlement website and perform other duties as specified in the Stipulation of Settlement (the "Stipulation") preliminarily approved by this Court on December 12, 2012.

3. **Mailed Notice**. On or before December 18, 2012, the Defendant provided KCC with a list of 731,419 persons identified as the Class Member List, i.e. all Chase HELOC customers nationwide who had their HELOCs suspended or reduced by Chase at any time between January 1, 2007 and September 30, 2012 based on Chase's determination that the property securing the HELOC had significantly declined in value. KCC entered the Class Member List information into its proprietary database and prepared a data file for the initial mailing. Prior to mailing, KCC caused the addresses in

the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. A total of 89,158 addresses were found and updated

4. KCC identified 4,947 duplicative records. Per Counsel's request, KCC removed these 4,947 duplicative records, resulting in 726,472 names and address remaining in the Class Member List. In addition, KCC identified 11 Class Members that had multiple addresses in the Class Member List. Per Counsel's request, KCC mailed a notice to each address.

5. The Class Member list is comprised of both Class Members and Former Customer Subclass Members, i.e. all borrowers in the Class who closed their Chase HELOC account following a suspension or reduction of the HELOC by Chase, and their account was still suspended or reduced for decline in property value when the borrow closed the account. Of the 726,472 Class Members, 192,273 are included in the Former Customer Subclass Member list.

6. On January 9, 2013, KCC mailed the Short Form Notice to each of the persons on the Class Member List. In addition, KCC mailed the Short Form Notice and Claim Form to each of the persons included on the Former Customer Subclass Member list. A sample of the Short Form Notice and Claim Form are attached hereto as Exhibit A.

7. As of January 25, 2013, KCC has received a total of 1,905 Notice Packages returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses. As of January 25, 2013, KCC has received a total of 9,343 Notice Packages returned by the U.S. Postal Service without forwarding address information. KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for 7,857 of these Class Members. Two Class Members were not searched because they previously contacted KCC and updated their address. As of January 25, 2013, these searches have resulted in 6,457 updated address. KCC is promptly re-mailing Notices Packages to the updated addresses.

8. **Toll-Free Telephone Number**. On or before December 31, 2012, KCC established a toll-free telephone number dedicated to answering frequently asked questions from Class Members. As of January 25, 2013, KCC has received a total of 5,501 calls.

9. **Website**. On or before December 31, 2012, KCC also established a website

(www.ChaseHELOCSettlement.com) dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions. Visitors of the website can download a Short Form Notice, Long Form Notice, Preliminary Approval Order and Class Action Settlement Agreement. Visitors can also submit claims online or download a claim form to print and mail. The web address was set forth in the Short Form Notice and Claim Form. As of January 25, 2013, the website has received 47,802 visits.

10. **Requests for Exclusion**. The deadline for Class Members to request to be excluded from the class is a postmarked deadline of February 15, 2013. As of the date of this declaration, KCC has received 29 requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit B.

11. **Objections to the Settlement**. The deadline for Class Members to object to the Settlement is a received by deadline of February 15, 2013. As of the date of this declaration, KCC has received 1 objection to the settlement. A copy of the objection is attached hereto as Exhibit C.

12. **Claim Forms**. The deadline for Class Members to file a claim is a postmarked deadline of April 7, 2013. As of the date of this declaration, KCC has received 15,119 claim forms.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on this 31ST day of January 2013 at Novato, California.

_____
Jonathan D. Carameros

EXHIBIT A

# LEGAL NOTICE
# IF YOUR HOME EQUITY LINE OF CREDIT ("HELOC") WAS SUSPENDED OR REDUCED BY JPMORGAN CHASE BANK BASED ON ITS DETERMINATION THAT YOUR PROPERTY SIGNIFICANTLY DECLINED IN VALUE, YOU COULD GET BENEFITS FROM A CLASS ACTION SETTLEMENT.

*In re JP Morgan Chase Bank Home Equity Line of Credit Litigation,* Case No. 10-cv-3647, MDL 2167
*Visit www.ChaseHELOCSettlement.com for more information*

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

A nationwide settlement has been proposed in a class action lawsuit against, JPMorgan Chase Bank, N.A. ("Chase"). The lawsuit, called *In re JPMorgan Chase Bank Home Equity Line of Credit Litigation*, is pending in the United States District Court for the Northern District of Illinois. Your legal rights may be affected whether you act or don't act. Please read this notice carefully. Please also visit **www.ChaseHELOCSettlement.com** to learn more about the Settlement.

### What is This Case About?

The lawsuit claims that Chase improperly suspended and reduced borrowers' home equity lines of credit ("HELOCs") based on Chase's determination that the borrowers' property values had significantly declined. Chase denies that it violated any law and maintains that it did nothing wrong. The Court has not determined who is right. Instead, the Parties have agreed to settle the lawsuit to avoid the uncertainties and expenses of further litigation.

### How Do I Know if I am Included in the Settlement?

The settlement includes a large group of people called a "Class Members" and a subset of Class Members called a "Subclass Members."

■ You are a Class Member if you are a current or former Chase home equity line of credit "HELOC" customer whose account was suspended or reduced by Chase between January 1, 2007 and September 30, 2012 based on Chase's determination that the property securing the HELOC significantly declined in value. **If you received this Notice in the mail and it was addressed to you, Chase's records show that you are a Class Member.**

■ You are a Former Customer Subclass Member if, as of September 30, 2012, you closed your Chase HELOC account prior to maturity, and your account was still suspended or reduced based on Chase's determination that your property value had significantly declined. **If this Notice says "**You Are a Former Customer Subclass Member**" at the top, Chase's records show that you are a Subclass Member.** If this Notice says "**You are Not a Subclass Member**" at the top, then Chase's records show that you are not a Subclass Member.

### What Can I Get From the Settlement?

If approved, the settlement will provide the following benefits:

- All Class Members will benefit from the enhancements to Chase's HELOC procedures.
- Certain Class Members will further benefit from a Notice of Right to Request Reinstatement.
- Certain other Class Members will benefit from the Proactive Offer of Account Reinstatements contemplated by the Settlement.
- Members of the Former Customer Subclass who submit valid Claim Forms attesting that they have incurred damages may receive a cash award of $35.

### How Can I Receive a Cash Payment from the Settlement?

Only Former Customer Subclass Members who have incurred damages as a result of their HELOC suspension and submit a valid Claim Form can receive a cash payment.

If you are a Former Subclass Member, a copy of the Claim Form is enclosed with this Notice. A Claim Form is also available from the settlement website at **www.ChaseHELOCSettlement.com**. You can submit the Claim Form by mail or online.

**Claim Forms must be submitted through the website or postmarked by no later than April 7, 2013.**

Each Former Customer Subclass Member who submits a valid Claim Form will receive a $35 payment.

Payments will be made only if the Court approves the Settlement.

1267021.2  JPL_NOT_121226

### What Are My Other Options?

You may choose to stay in the lawsuit, request to exclude yourself from the lawsuit, object, and/or appear in court.

If you do nothing, you are choosing to stay in the Class. If the settlement is approved, you will be bound by all orders and judgments of the Court and you will not be able to sue or continue to sue Chase for the claims that this settlement resolves.

If you stay in the lawsuit, you can object to the settlement. You or your lawyer may also ask to appear before the Court. Your written objection and/or request to appear must be submitted by **February 15, 2013**.

If you want to keep your right to sue Chase for the same claims in a different lawsuit, you must submit a request for exclusion. If you exclude yourself, you cannot receive any of the benefits this settlement provides, but you will keep your right to sue Chase for the same claims in a different lawsuit. You will not be bound by any orders and judgments of the Court. Your exclusion request must be submitted by **February 15, 2013**. The detailed notice, available at **www.ChaseHELOCSettlement.com**, explains all of your rights and options and how to act on them.

### Who Represents Me?

The Court has approved Edelson McGuire, LLC, Murray Frank, LLP, and Abbey Spanier Rodd & Abrams, LLP to represent the Class as "Class Counsel" in this case. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense. Class Counsel will ask the Court for attorneys' fees and expenses of up to $1,800,000. They will also ask for seven payments of $4,500 to be paid to the eight Class Representatives for their services in this case. The Court may award less than these amounts. If approved, these amounts will be paid separately by Chase.

### The Court's Fairness Hearing.

The Court will hold the Final Approval Hearing at **10:30 a.m.** on **March 8, 2013** at the U.S. District Court for the Northern District of Illinois located at United States Courthouse, Courtroom 2119, 219 South Dearborn Street, Chicago, IL 60604. At this hearing, the Court will consider whether to approve the settlement, attorneys' fees and expenses and the Class Representative payments, and will hear any objections concerning the Settlement. You are not required to come to the Final Approval Hearing.

### How Do I Get More Information?

More information, including the Settlement Agreement, detailed notice and Claim Form is available at **www.ChaseHELOCSettlement.com**. You may also call **1-877-208-9278 toll-free**, or contact Class Counsel at the addresses or phone numbers below.

### **CLASS COUNSEL**

Edelson McGuire, LLC
350 North LaSalle, Suite1300
Chicago, IL 60654
Tel: (866) 354-3015
www.edelson.com

Murray Frank, LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
www.murrayfrank.com

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
www.abbeyspanier.com

**1-877-208-9278**
**www.ChaseHELOCSettlement.com**

1267021.1

# CLAIM FORM

**Chase HELOC MDL Claims**
c/o KCC Class Action Services
P.O. Box 43142
Providence, RI 02940-3142

Name/Address Changes (if any):

«Barcode»
Claim #: JPL-«ClaimID»   «MailRec»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip» «Country»

First Name _____ Last Name _____

Address _____

City _____, State ___ Zip ___

*IN RE JP MORGAN CHASE BANK HOME EQUITY LINE OF CREDIT LITIGATION*
**MDL NO. 2167, Case No. 10-cv-3647 (N.D. Ill)**
**FORMER CUSTOMER SUBCLASS MEMBERS MAY FILL OUT THIS CLAIM FORM**
**TO BE ELIGIBLE FOR A CASH AWARD OF $35**

**THIS CLAIM FORM MUST SUBMITTED VIA**
**THE SETTLEMENT WEBSITE OR BE POSTMARKED BY APRIL 7, 2013**

**YOU MAY ONLY SUBMIT A CLAIM FORM IF YOU ARE A MEMBER OF THE FORMER CUSTOMER SUBCLASS AS DEFINED IN THE NOTICE.** If you are a member of the Former Customer Subclass and are seeking the $35 cash benefit under the Class Action Settlement Agreement, you must complete and mail this Claim Form or submit it on the Settlement Website. **You can only submit one claim form for each HELOC that Chase suspended or reduced due to a decline in property value. If there is more than one borrower on a single account, only one claim form may be submitted.** Please read the Notice and this Claim Form to understand all of your legal rights and options under the Settlement.

To submit a claim for a $35 cash payment, begin by filling in all of the information requested in Part A. Once complete, move on to Part B, review the statements and if true and correct, sign the Certification. Submit your signed Claim Form by following the instructions for submitting the Claim Form below. The Claim Form must be submitted on-line or postmarked by **April 7, 2013**.

| INSTRUCTIONS FOR SUBMITTING CLAIM FORM |
|---|
| Fill out Part A and Part B on the next page and submit the signed Claim Form via the settlement website or via U.S. Mail. Keep a copy for your records. <u>Unsigned claim forms will not be accepted.</u><br><br>**Submit via settlement website**: This Claim Form is also available on-line. If you are filling out this form on-line, click "Submit" and follow the instructions for Uploading your Claim Form to <u>www.ChaseHELOCSettlement.com</u> on or before April 7, 2013; or<br><br>**Submit via U.S. Mail**. The Claim Form must be postmarked by April 7, 2013 and mailed to the Settlement Administrator:<br><br>    Chase HELOC MDL Claims<br>    c/o KCC Class Action Services<br>    P.O. Box 43142<br>    Providence, RI 02940-3142<br><br>If the Settlement is approved by the Court and your Claim is approved, you will receive a check for $35.00. Checks must be cashed within 90 days of issuance. |

| PART A - CLAIMANT INFORMATION (All information in this section is required) |
|---|

**Name**: _____   _____   _____*
         *(First)*                                    *(Middle)*                     *(Last)*

**Address**: _____
             *(Street)*

_____   ___ ____   ___ ___ ___ ___ ___
*(City)*                                     *(State)*         *(Zip Code)*

**Phone Number:** ( ___ ___ ___ ) ___ ___ ___ – ___ ___ ___ ___

**Address of property securing the HELOC** (if different from address above):

_____
     *(Street)*

_____   ___ ____   ___ ___ ___ ___ ___
*(City)*                                     *(State)*       *(Zip Code)*

**Email Address:** _____

*\* If you have changed your name and it is different than the name that appears on page 1, please indicate the reason for the name change and include documentation establishing a valid name change (such as a marriage certificate or license, a divorce or annulment record, or a court ordered name change).*

| PART B – DECLARATION OF DAMAGES AND CERTIFICATION |
|---|

By signing this Claim Form I verify that:

I am/was a HELOC customer of JPMorgan Chase Bank, N.A. ("Chase") and my HELOC was suspended or reduced by Chase due to my home value decline. As a result of the HELOC suspension/reduction, I closed my HELOC account and incurred at least one of the following damages:

- I was charged insufficient funds/NSF fees when a check/checks I drew against the HELOC were dishonored following the notice of suspension; AND/OR
- I paid appraisal fees, application costs and/or other expenses in connection with applying for and/or obtaining a new HELOC; AND/OR
- I paid annual fees to a new lender for my replacement HELOC; AND/OR
- I suffered other damages as a result of my HELOC being suspended or reduced.

I declare under penalty of perjury that the statements set forth in this Claim Form and my claims of damages are true and correct.

Signature: _____   Date: _____

Print Name: _____

# EXHIBIT B



**In re JP Morgan Chase Bank**
**Home Equity Line of Credit Litigation**
Requests for Exclusion as of 1/31/2013

| Class | Last Name | First Name | Date Signed |
|---|---|---|---|
| CLASS MEMBER | ARNDT | F CHRISTIAN | 1/14/2013 |
| CLASS MEMBER | BAUM | PETER | 1/12/2013 |
| CLASS MEMBER | BAUM | PETER | 1/12/2013 |
| CLASS MEMBER | CHILDRESS | CHARLES H | 1/18/2013 |
| FORMER CUSTOMER SUBCLASS MEMBER | COLE | GARY P | 1/14/2013 |
| CLASS MEMBER | COLE | JOSEPH M | 1/14/2013 |
| CLASS MEMBER | CZUPYLO | DIMITRI A | 1/14/2013 |
| CLASS MEMBER | FRANKLIN | LAURA L | 1/14/2013 |
| CLASS MEMBER | FRONTELA JR | CARLOS M | 1/10/2013 |
| CLASS MEMBER | KALFAYAN | VIRGINIA L | 1/12/2013 |
| FORMER CUSTOMER SUBCLASS MEMBER | KOPELMAN | LAWRENCE M | 1/12/2013 |
| CLASS MEMBER | LESLIE | SHARON E | 1/14/2013 |
| CLASS MEMBER | LEUDESDORF | OLGA M | 1/12/2013 |
| CLASS MEMBER | LEUDESDORF | OLGA M | 1/12/2013 |
| CLASS MEMBER | LUTTRELL | PETER D | 1/13/2013 |
| CLASS MEMBER | LUTTRELL | PETER D | 1/13/2013 |
| CLASS MEMBER | MCGRATH | KURT T | 1/17/2013 |
| FORMER CUSTOMER SUBCLASS MEMBER | MOORE | JAMES D | 1/12/2013 |
| FORMER CUSTOMER SUBCLASS MEMBER | MOORE | JAMES D | 1/12/2013 |
| CLASS MEMBER | PALMISANO | JOSEPH P | 1/12/2013 |
| CLASS MEMBER | PARKINSON | THOMAS | 1/14/2013 |
| CLASS MEMBER | PETERSON | JEFFREY P | 1/13/2013 |
| CLASS MEMBER | SAMPSON JR | FRANCIS | 1/12/2013 |
| CLASS MEMBER | SIMPSON | PHILLIP P | 1/14/2013 |
| CLASS MEMBER | SMITH JR | EDWIN J | 1/20/2013 |
| CLASS MEMBER | SULLIVAN | PATRICK G | 1/17/2013 |
| CLASS MEMBER | TESSMANN | ALOISIA | 1/18/2013 |
| CLASS MEMBER | WOOD | TIMOTHY S | 1/12/2013 |
| CLASS MEMBER | WOOD | TIMOTHY S | 1/12/2013 |

EXHIBIT C

Office of the Clerk
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Chase HELOC Settlement Administrator
c/o KCC Class Action Services
P.O. Box 43142
Providence, RI 02940-3142

EDELSON MCGUIRE, LLC
Attn: Chase MDL HELOC Settlement
350 North LaSalle, Suite 1300
Chicago, IL 60654

LeAnn Pedersen Pope, Esq.
Victoria Collado, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611

**Re: JP MORGAN CHASE BANK HOME EQUITY LINE OF CREDIT LITIGATION**

Please consider this as our official Objection to the Settlement proposed in the class action lawsuit referenced above. Below is the information required to object to the settlement:

**Our names and address:** *Stacey Street*
*Michael Alsip*

**Our telephone number:** *847.363.0713*

**Our claim number:** *JPL-*

**The case name and #:** *JP Morgan Chase Bank Home Equity Line of Credit Litigation, Case No. 10-cv-3647, MDL No. 2167*

**Statement:** *We are Class Members*

**Reasons we think the Court should not approve the settlement:** *We do not think that the Court should approve the proposed settlement because the $35 cash benefit sought under the Class Action Settlement is laughably small considering the damage caused by Chase's decision to suspend and reduce our HELOC due to what they claimed was a decline in property value.*

*Our Loan To Value (LTV) ratio was very low, so even if our property declined in value, there was sufficient equity to secure the HELOC as appropriate collateral. We had made our payments as agreed. Because we used the HELOC for cash flow management and a savings instrument, Chase's unexpected freeze of the line caused a significant and immediate problem for us that we are STILL struggling to recover from. We had made several large payments to reduce the outstanding balance, including a $10,000 payment immediately before the freeze. The funds we paid toward the balance were intended for large real estate taxes coming due. We were completely surprised when we were notified that our tax payment was denied because Chase had frozen our line.*

*We don't have detailed records for the time, but believe our balance was approximately $30,000 on a $100,000 line. We didn't have another way to pay the real estate taxes because we had put those funds into the HELOC line, anticipating that Chase would hold up their end of the HELOC agreement, as we had held up ours. Our home had been valued at approximately $1,100,000. Our 1st mortgage was $417,000. So our LTV was under 50% initially, even with a*

fully extended line. Even if our home value dropped by 30% to $770,000, the LTV would still be under 70%, fully extended.

In our case, Chase's blanket decision to freeze, suspend and/or reduce our line (however they want to define it), was extremely damaging and completely unwarranted. And for this action, they have agreed to pay us $35? This is insulting and worse than no agreement at all. Receiving notice of this pitiful settlement has been upsetting beyond words and has reminded us of the long-term damage Chase caused us through their unjustified and careless decision. We have been behind on real estate taxes ever since Chase's action, struggling to catch up from the loss of access to OUR funds.

If the Court ultimately finds Chase's actions to have been legally wrong, we propose that the settlement per borrower be much greater than $35. It should be in an amount that adequately compensates Chase's customers for the damage suffered. We cannot afford to hire our own attorney in this case, so our hope is that the Court earnestly takes into consideration our experience and that of others like us when deciding this case.

**Statement:**           We do not intend to appear at the Court's Fairness Hearing.

_____           _____
Michael Alsip                                     Stacey Street

cc:    Murray Frank, LLP
       275 Madison Avenue, 8th Floor
       New York, NY 10016

       Abbey Spanier Rodd & Abrams, LLP
       212 East 39th Street
       New York, NY 10016



Michael Alsip
9 W. Kenilworth Avenue
Prospect Heights, IL 60070

7012 1010 0000 3098 7478

U.S. POSTAGE PAID
PROSPECT HEIGHT,IL
60070
JAN 22, 13
AMOUNT
$3.40
00020890-05

Chase HELOC Settlement Administrator
c/o KCC Class Action Services
P.O. Box 43142
Providence, RI 02940-3142