

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3647 | **DATE** | 3/8/2013 |
| **CASE TITLE** | In Re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | | |

**DOCKET ENTRY TEXT**

Fairness Hearing held on 3/8/2013. Plaintiffs' motion for award of attorneys' fees, expenses, and incentive award [141] granted. Plaintiff's motion for final approval of class action settlement [143] granted. Plaintiff Mary Jane Yakas' motion for award of attorneys' fees and expenses and participation in incentive award [145] is granted in part and withdrawn in part. Class Representatives' motion to overrule objections of Phyliss and Alan Crystal [158] is granted. All claims of all members of the Settlement Class against Defendant JP Morgan Chase, as defined in the court's Final Approval Order, are dismissed with prejudice. Enter Final Approval Order. Enter Judgment Of Dismissal Order. (For further detail see separate orders.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:19

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|