

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | ) ) ) ) ) ) ) | MDL No. 2167 <br><br> Master Docket Case No. 10-cv-3647 <br><br> Judge Rebecca R. Pallmeyer |

## JUDGMENT OF DISMISSAL

Defendant JP Morgan Chase Bank, N.A. ("Defendant"), having settled with the Settlement Class and the Court having entered its Order Granting Final Approval of Settlement and Directing Entry of Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims of all members of the Settlement Class against Defendant, as defined in this Court's Final Approval Order, are dismissed with prejudice;

2. All claims of named plaintiffs William Cavanagh, Robert Frank, Maria Frank, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, and Robert Wilder against Defendant, as defined in this Court's Final Approval Order, are dismissed with prejudice;

3. Notwithstanding the dismissal of claims in the preceding paragraphs, the Court shall retain jurisdiction over the construction, interpretation, implementation and enforcement of the Settlement Agreement and to supervise and to adjudicate any disputes arising from the disbursement of settlement benefits; and

4. All members of the Settlement Class, as defined in this Court's Final Approval Order, who have not submitted a timely request for exclusion are bound by the Release of Claims set forth in the Parties' Settlement Agreement and are hereby permanently enjoined

and restrained from filing or prosecuting any Released Claim against any Released Party as those terms are defined the Parties' Settlement Agreement.

THUS DONE AND SIGNED THIS 8th DAY OF March, 2013 AT CHICAGO, ILLINOIS.

_____
JUDGE REBECCA R. PALLMEYER