IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: JP Morgan Chase Bank Home Equity Line of Credit Litigation | ) ) ) ) ) ) ) ) | MDL No. 2167<br><br>Master Docket Case No. 10-cv-3647<br><br>Judge Rebecca R. Pallmeyer |

## FINAL APPROVAL ORDER

This matter coming to be heard pursuant to the Parties' motion for Final Approval of the proposed Settlement Agreement, a hearing on the fairness of the proposed Settlement Agreement having been held, at which the objectors to the settlement could appear or be heard, and the Court being fully advised in the premises, the Court hereby finds and orders that:

1. On December 12, 2012, this Court entered an Order granting preliminary approval to the Settlement between Class Representatives William Cavanagh, Robert Frank, Maria Frank, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, and Robert Wilder, individually and as representatives of the Settlement Class (as defined in Section 1.7(a) of the Settlement Agreement), and Shannon Hackett and Michael Walsh as representatives of the Settlement Subclass (as defined in Section 1.7(b) of the Settlement Agreement), on the one hand, and JP Morgan Chase Bank, N.A. ("Chase" or "Defendant") on the other. (Dkt. 127.) The Order preliminarily approved the Settlement Agreement, provisionally certified the Settlement Class and Subclass, approved the form of Notice (as specified in the Settlement Agreement), authorized the mailing of such Notice, and ruled that such Notice complies with the terms of the Settlement Agreement and due process.

1

2. The Court scheduled a fairness hearing, or Final Approval Hearing, for March 8, 2013 and directed the Parties to notify the Class of this Final Approval Hearing as part of the Notice.

3. Having held the fairness hearing and considering the submissions of all Parties and Class Members, the Court finds that Defendant, in accordance with the terms of the Settlement Agreement and the Preliminary Approval Order, caused Notice of the Agreement to be timely mailed on January 9, 2013 to those individuals identified as potential class members and posted Notice on the settlement website.

4. A total of 176 Class Members requested exclusion from the Settlement Agreement (listed on Exhibit A to this order). Having validly opted out in accordance with the terms of the Settlement Agreement, these Class Members are not subject to this Order.

5. On March 8, 2013, the Court held a Final Approval Hearing to which Class Members, including those with objections, were invited to attend. 24 objections have been received by the Claims Administrator and another 11 objections were submitted to Class Counsel. Class Counsel has responded to all objections received. No Class Members, or their counsel, appeared at the Final Approval Hearing.

6. The Court, being fully advised and having afforded Class Members an opportunity to object, hereby finds that the Settlement is appropriate under Fed. R. Civ. P. 23, the Notice sent to the Settlement Class and published on the settlement website satisfies the requirements of due process and Fed. R. Civ. P. 23, and the Parties have fully complied with the Preliminary Approval Order.

7. The Court finds that the Notice given provided the best notice practicable under the circumstances, was due and sufficient notice to the Settlement Class, and was reasonably calculated to communicate actual notice of the litigation and the proposed settlement to the

Class. Under these circumstances, it is fair and reasonable to make the Agreement and its release of claims binding on all Class Members whether or not they actually received notice of this action and the proposed Settlement. The Court finds that the Settlement and the Court's granting of the Final Approval Order and Judgment of Dismissal is binding on all Class Members, whether or not they actually received actual notice of the Settlement, the Final Approval Order, or the Judgment of Dismissal.

8. The Court finds the Settlement Agreement to be fair and made in good faith. Further the Court finds that there has been no collusion between the Parties in reaching the Settlement Agreement.

9. The Court hereby finds that the Settlement is fair, reasonable, and adequate and is in the best interests of Settlement Class Members. It approves the Settlement Agreement submitted by the Parties and orders the Parties to perform their obligations pursuant to the Settlement Agreement.

10. The Court finds that for purposes of the Settlement the requirements for certification of a Settlement Class and Subclass pursuant to Fed. R. Civ. Proc. 23 are satisfied. The Court finds that: (i) the Class is so numerous that joinder of all members is impracticable; (ii) there are questions of fact or law common to the class; (iii) such common questions predominate over questions affecting only individual members; (iv) the claims of the Class Representatives are typical of the claims of the Class; (v) the Class Representatives will fairly and adequately protect the interests of the Class; and (vi) a class action is an appropriate method to the fair and efficient adjudication of the controversy.

11. The Settlement Class and Subclass as defined in the Settlement Agreement and the Preliminary Approval Order are adjudged a final and permanent class and subclass for purposes of this Action, as well as for the Final Approval Order and Judgment of Dismissal.

12. The Agreement provides for payment of up to $1,800,000.00 to Class Counsel for Attorneys' Fees, costs, and expenses incurred in prosecution of this Action. Payment to Class Counsel in the amount of $1,800,000.00 is hereby approved as reasonable compensation for Class Counsel's work, which has resulted in a substantial benefit to the Settlement Class and created Settlement Benefits that will be provided to Settlement Class Members. No other attorneys' fees, expenses, or costs shall be paid by Defendant.

13. The Agreement provides for an incentive payment of up to $31,500 to the Class Representatives in settlement of their claims and in recognition of their services. A payment in the amount of $31,500 for the Class Representatives collectively, to be divided in seven (7) equal parts to William Cavanagh, Shannon Hackett, Michael Malcolm, Daryl Mayes, Michael Walsh, Robert Wilder, and Robert and Maria Frank (collectively), and is approved as fair and reasonable. The Class Representatives shall not be entitled to any other payment under the Agreement. In addition to the Class Representative incentive awards above, the Court further approves an incentive award to Ms. Mary Jane Yakas in the amount of $4,500.

14. Any objections that were filed, timely or otherwise, have been considered and are overruled. Therefore, all Class Members who have not successfully opted out are bound by this Final Approval Order. They are further bound by the terms of the Settlement Agreement, including but not limited to its Release provisions, as described in Sections 1.28 and 4 of the Settlement Agreement.

15. The Class Representatives and Class Members hereby release Chase and each and every Released Party from all Released Claims as defined in Section 1.28 of the Settlement Agreement.

16. A Judgment of Dismissal in the form submitted in conjunction with the Motion for Final Approval of Class Action Settlement shall be entered herewith which shall dismiss this Action with prejudice and without costs (other than what has been provided for in the Agreement). By this Judgment of Dismissal, the Court dismisses the claims of the Class Representatives and the Class Members against Chase and the Released Parties with prejudice and without costs.

17. Notice of entry of this Order and the ensuing Judgment of Dismissal has been given to Class Counsel on behalf of the Settlement Class. It shall not be necessary to send notice of entry of this Final Approval Order or ensuing Judgment of Dismissal to individual members of the Settlement Class.

18. Class Representatives and all Class Members (except those listed on Exhibit A hereto) are permanently barred and enjoined from commencing, prosecuting, or continuing any of the Released Claims, as described in Sections 1.28 and 4 of the Settlement Agreement, against Chase or any Released Party, either directly, representatively, derivatively, or in any other capacity, whether by a complaint, counterclaim, defense, or otherwise, in any local, state, or federal court, or in any agency or other authority or forum wherever located.

19. After entry of the Judgment of Dismissal, the Court shall retain jurisdiction over the construction, interpretation, implementation, and enforcement of the Agreement in order to supervise and adjudicate any disputes arising from the disbursement of Settlement Benefits.

20. In the event that (i) the Settlement Agreement is terminated pursuant to its terms; or (ii) the Settlement Agreement, Preliminary Approval Order, Final Approval Order, or Judgment of Dismissal are reversed, vacated, or modified in any material respect by this or any other court,

then (a) all orders entered pursuant to the Settlement Agreement shall be vacated, including this Final Approval Order; (b) the instant action shall proceed as though a Settlement Agreement had never been reached; and (c) no reference to the prior Settlement Agreement, or any documents related thereto, shall be made for any purpose; provided, however, that if the Parties to the Settlement Agreement agree to appeal an adverse ruling jointly and the Settlement Agreement, Final Approval Order, and Judgment of Dismissal are upheld on appeal in all material respects, then the Settlement Agreement, Final Approval Order, and Judgment of Dismissal shall be given full force and effect. In the event of (i) or (ii) in this Paragraph 20, all parties reserve all of their rights existing prior to the execution of the Settlement Agreement, and the doctrines of *res judicata* and collateral estoppel shall not be applied.

21. Neither the Settlement Agreement, this Order, nor any of their provisions, nor any of the documents (including but not limited to the Parties' Memorandum of Understanding, drafts of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and the Judgment of Dismissal), negotiations, or proceedings relating in any way to the Settlement, shall be construed as or deemed to be evidence of an admission or concession of any kind of any person, and shall not be offered or received in evidence, or subject to discovery, in this or any other action or proceeding except in an action brought to enforce its terms or except as may be required by law or court order.

THUS DONE AND SIGNED THIS _8th_ DAY OF MARCH, 2013 AT CHICAGO, ILLINOIS.

_____
JUDGE REBECCA R. PALLMEYER

Exhibit A – Final Approval Order, Chase HELOC MDL No. 2167

| | | |
|---|---|---|
| 1004177001 | ADKINS | ROBERT O |
| 1018569801 | ANINOS | NICHOLAS L |
| 1018943201 | ANTHONY | A LEE |
| 1022468401 | ARNDT | F CHRISTIAN |
| 1026678901 | AVAKIAN | RUDIK |
| 1027496701 | AWRABI | KAMAL ROJAY |
| 1032069501 | BAKER | THOMAS G |
| 1039184101 | BARTELS | NADINE |
| 1041799901 | BAUM | PETER |
| 1048530101 | BENJAMIN | KATHRYN E |
| 1059135901 | BLAZ | RONALD A |
| 1066674301 | BOUTA | THOMAS L |
| 1074808301 | BRODSKY | EDWARD D |
| 1089635001 | CAIN | WILLIAM R |
| 1094417901 | CANTRELLE | DEBRA L |
| 6003876701 | CARROLL | JAMES |
| 1103576701 | CATALINE | DAVID J |
| 1108929201 | CHARNLEY | SHANNON L |
| 1110779401 | CHEN | NENG GUIN |
| 1112493201 | CHILDRESS | CHARLES H |
| 900005201 | CLARK | KIMBERLEY M. |
| 1121637101 | COCHRAN | ROBERT O |
| 1122728001 | COHEN | RICHARD L |
| 1123318401 | COLE | GARY P |
| 1123372001 | COLE | JOSEPH M |
| 1138937001 | CROWLEY | THERESE M |
| 1139918001 | CUAN | CRISTINA A |
| 1141516001 | CURCI | MARK H |
| 1143072901 | CZUPYLO | DIMITRI ADRIAN |
| 1144012201 | DAKROUB | HASSAN |
| 1144232901 | DALEY | JAMES M |
| 1144557301 | DALTON | RICK |
| 1153529901 | DEES | THERESA K |
| 1160680001 | DEVITT | JENNIFER C |
| 1162724501 | DICKENS | TYRONE A |
| 1164290801 | DILLON | HENRY J |
| 1167851001 | DOLLINGER SR | ALBERT E |
| 1171936401 | DOYLE | SONIA W |
| 1173699101 | DUBASH | NOSHIR B |
| 1174078001 | DUCLOS | KENNETH W |
| 1177007801 | DURCKEL | GARDINER P |
| 1179222101 | EBEL | EDWARD E |
| 1181411701 | EGER | BRIAN R |
| 1185966301 | ENGLEMAN JR | RONALD R |
| 1195959401 | FEICKERT | RAELYNNE |
| 1196758801 | FELMLEE | RICHARD A |
| 1210463801 | FRAK | KRZYSZTOF |
| 1211629401 | FRANKLIN | LAURA L |
| 1211898601 | FRANZ | MICHAEL J |

| | | |
|---|---|---|
| 1212451001 | FRECHETTE | RICHARD O |
| 1215239101 | FRONTELA JR | CARLOS MANUEL |
| 1216340001 | FULLER | JOHN WILLIAM |
| 1228392101 | GEORGE | JOHN |
| 1237793301 | GOLDSTEIN | LAWRENCE I |
| 1240488801 | GONZALEZ | LEANDRO N |
| 1240497901 | GONZALEZ | LETICIA |
| 1242355501 | GORDON | GAIL R |
| 1250398301 | GRIFFITHS | CHRISTINA |
| 1253312401 | GUEREN | RICHARD A |
| 1256323701 | GUTIERREZ | THOMAS A |
| 1269492701 | HARTLEY | JAMES A |
| 1282562501 | HEWSON | NICOLE A |
| 1282670801 | HEYWARD | HALCOTT G |
| 1284476601 | HILL | KAREN F |
| 1288601801 | HOFMAN | MARISSA A |
| 1291297701 | HOMENOCK | PAUL B |
| 1294134901 | HOUGHTON | ORETHA |
| 1302001401 | HYLAND | ANNE M |
| 1302782801 | IDLER | JOSEPH B |
| 1303733801 | INGLE | ERIK K |
| 1307517401 | JACOBS | KELLEY |
| 1309017201 | JAMES | RONALD |
| 1313122001 | JIMALE | TANYA RENEE |
| 1314100301 | JOHNS | ALBERT E |
| 1315125001 | JOHNSON | ELMO |
| 1323576401 | KAHUE JR | JAMES H |
| 1324039001 | KALFAYAN | VIRGINIA L |
| 1327089501 | KASBOSKE | GEORGE |
| 1332554201 | KENNADY | MARIAN G |
| 1341597601 | KITCHENS | LARRY |
| 1347639701 | KOPELMAN | LAWRENCE M |
| 1352939001 | KUBIAK | ELEANOR |
| 1360444201 | LANG | DIEDRE |
| 1366907101 | LEARY | PATRICK |
| 1368282601 | LEE | DONNA LEW |
| 1373743601 | LESLIE | SHARON E |
| 1374137101 | LEU | SHERRI L |
| 1374152501 | LEUDESDORF | OLGA M |
| 1375840301 | LEWIS | JOHN B |
| 1382290401 | LLOYD | ROBERT A |
| 1388406001 | LOWELL | J MICHAEL |
| 6003331901 | LOZANO | ELIAS |
| 1390078501 | LUDWIG | JASON B |
| 1392018401 | LUTTRELL | PETER D |
| 6003903601 | MACLEAN | DOUGLAS |
| 1396196401 | MADRID | JOHN C |
| 1397535301 | MAHER | MICHAEL K |
| 1401989801 | MANNING | CHARLOTTE |
| 1405961001 | MARQUIS | STEVEN D |
| 1408338801 | MARTIN | ROY D |

| | | |
|---|---|---|
| 1416261001 | MC CARROLL | STEPHAN M |
| 1418634701 | MCCLINTON | SHEILAH R |
| 1420256401 | MCCURDY | PATRICIA P |
| 1422911901 | MCGRATH | KURT T |
| 1425502601 | MCLEOD | CHARLES G |
| 1427252101 | MCRAE | EDWIN F |
| 1436503001 | MIGLIORE | SALVATORE |
| 1441151401 | MINCH | MARK A |
| 1448701101 | MOORE | JAMES D |
| 1455874001 | MOZINGO | BEN S |
| 1461239601 | MYERS | KATHERINE A |
| 1467106501 | NEMETH | MERRY JO |
| 1472426501 | NIEVIAROVSKI | LESLAV M |
| 1481236001 | OLEJNICZAK | JOHN R |
| 1481328701 | OLEXY | RONALD |
| 1483393001 | O'NEIL | DENISE |
| 1491649701 | PALMISANO | JOSEPH P |
| 1495200101 | PARKINSON | THOMAS |
| 1500076701 | PAYTON | STEVEN L |
| 1507634201 | PETERSON | JEFFREY P |
| 1513381301 | PINHEIRO | IVETA G |
| 1533815401 | RAULERSON | BILLY C |
| 1546170301 | RIOS | MARY JEAN |
| 1546870501 | RITZEL | CHERYL LEA |
| 1548001701 | RIZZO | PAUL G |
| 1551666801 | RODE | DEBORAH L |
| 1555997701 | ROMAN | VICTORIA R |
| 1558456301 | ROSELUND | DAVID A |
| 1558678501 | ROSENBERG | ARNOLD S |
| 1564112901 | RUNDEL | EARLE M |
| 1567788401 | SAENZ | BRYAN C |
| 1568546001 | SAJID | SALMAN M |
| 1571104001 | SAMPSON JR | FRANCIS |
| 1574017401 | SANREGRET | MATTHEW T |
| 1578458101 | SCHACHTER | ROBERT S |
| 1580388001 | SCHILLING | GEORGE L |
| 1582133001 | SCHNEIDER | BARBARA M |
| 1585309101 | SCHWARTZ | ENID |
| 1596875001 | SHERRARD | FRANK J |
| 1600425101 | SIEG III | WILLIAM E |
| 1603474301 | SIMPSON | PHILLIP P |
| 1612441501 | SMITH | WALTER ARNOLD |
| 1612657401 | SMITH JR | EDWIN J |
| 1617803101 | SOWARDS | C E |
| 1618327201 | SPARKS | DAVID THOMAS |
| 1634435601 | SULLIVAN | PATRICK G |
| 1636517001 | SWAN | DANA G |
| 1637989401 | SYARTO | STEPHEN R |
| 1638441001 | SZAFRAN | SYLVIZ |
| 1641614501 | TARAKJIAN | DIKRAN |
| 1646039601 | TESSMANN | ALOISIA |

| 1647039101 | THIBAULT | HARRY G |
| --- | --- | --- |
| 1647917001 | THOMAS | JEAN |
| 1654651401 | TOOLAN | DONNA M |
| 1655425001 | TORRES | EDWARD R |
| 1655612801 | TORRES | JOSEPH A |
| 1658607401 | TREJO | CAROL A |
| 1660382901 | TRUJILLO | ALEX G |
| 1678860901 | VOGELGESANG | WILLARD G |
| 1680555801 | WADDLE | YVONNE G |
| 1680902001 | WAGENER | LISA E |
| 1687344001 | WARSCHAW | JEFFREY L |
| 1689093301 | WATTS | RICHARD K |
| 1694123101 | WENYON | KENNETH M |
| 1694340001 | WERNER | PAULINE J |
| 1694449901 | WERTHEIM | SID B |
| 1699296701 | WIEGEL | HENRY E |
| 1700645501 | WILKENS | JANET M |
| 1700730201 | WILKES | TIMOTHY F |
| 1710831601 | WOOD | TIMOTHY S |
| 1712380001 | WOZNIAK | ANNA |
| 1714104301 | WYER JR | HERBERT D |
| 1714463601 | XIE | JIAWEI |
| 1716571001 | YEE | MAUREEN |
| 1720206801 | YUSUF | KHALEEYAH |
| 1720766201 | ZAHWI | ALI |